UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS WILLIAM JENKINS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-57-JWD-RLB** |
| **UNITED STATES OF AMERICA** | |

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

    **ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

    Signed in Baton Rouge, Louisiana, on May 4, 2017.

                                                                **RICHARD L. BOURGEOIS, JR.**
                                                                **UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**THOMAS WILLIAM JENKINS, JR.**   **CIVIL ACTION**

**VERSUS**   **NO. 17-57-JWD-RLB**

**UNITED STATES OF AMERICA**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed his Complaint in this matter on January 23, 2017. (R. Doc. 1). On March 10, 2017, the Court ordered Plaintiff to pay the filing fee in the amount of $400.00 or file a motion to proceed in forma pauperis within 21 days from the date of the order. (R. Doc. 2) In addition, an AO 239 - Application To Proceed In District Court Without Prepaying Fees or Costs (Long Form) was sent to Plaintiff with a copy of the Court's order. (R. Doc. 2). Plaintiff was to pay the filing fee of $400.00 or file a motion to proceed in forma pauperis by March 31, 2017. In addition, Plaintiff was advised that failure to comply with the Court's order (R. Doc. 2) could result in the dismissal of this action without further notice from the Court.

Upon review of the record in this matter and upon checking with the Clerk of Court, it has been determined that Plaintiff has not paid the $400.00 filing fee and has not filed a motion to proceed in forma pauperis. In addition, notice was sent to Plaintiff by regular mail and there has been no returned mail, indicating that Plaintiff received notice of the court's order.

Plaintiff has not paid the filing fee of $400.00 or filed a motion to proceed in forma pauperis as ordered by the court, and consequently, has failed to timely prosecute his case.

## **RECOMMENDATION**

It is the recommendation of the magistrate judge that this matter be dismissed without prejudice for Plaintiff's failure to pay the filing fee or file a motion to proceed in forma pauperis.

Signed in Baton Rouge, Louisiana, on May 4, 2017.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**