# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**THOMAS WILLIAM JENKINS, JR.**          **CIVIL ACTION**

**VERSUS**

**NO. 17-57-JWD-RLB**

**UNITED STATES OF AMERICA**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 4, 2017, to which no objection was filed:

**IT IS ORDERED** that this matter is dismissed without prejudice for Plaintiff's failure to pay the filing fee or file a motion to proceed in forma pauperis.

Signed in Baton Rouge, Louisiana, on <u>May 22, 2017</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**